Entered: August 20th, 2021
Signed: August 19th, 2021

**DENIED**

Movant failed to serve claimant in accordance with Fed. R. Bankr. P. 7004. The Objection to Claim [Dkt. No. 122] is overruled without prejudice to Movant filing, noticing, and serving a new claim objection in accordance with all applicable rules.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

In Re:                                    *
    Donna Whitman            *
    Debtor                   *

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM**

Upon consideration of Debtor's Objection to Proof of Claim filed by Wells Fargo, N.A. and succeeded to by SN Servicing Corporation, good cause being shown, and the record herein, it is hereby

    ORDERED that the objection to proof of claim is sustained and
    ORDERED that any claim made with respect to Claim 5 in excess of the modification agreement attached hereto is disallowed.

cc.
John Gabel john.gabel@gabellegal.com
Richard Rogers rrogers@cgd-law.com
Wells Fargo LOGSECF@logs.com
SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

"END OF ORDER"